**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LEARNQUEST, INC.,

                      Plaintiff,

        -against-                           25 **CIVIL** 6880 (JSR)

                                                            <u>**JUDGMENT**</u>

KYNDRYL, INC.,

                     Defendant.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 19, 2025, the Court grants the motion to dismiss in its entirety. LearnQuest's breach of contract and covenant claims are dismissed with prejudice, and as requested, its promissory estoppel and unjust enrichment are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        November 24, 2025

                                            **TAMMI M. HELLWIG**

                                   _____

                                          **Clerk of Court**

                **BY:**

                                      _____

                                          **Deputy Clerk**