# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LEARNQUEST INCORPORATED

Plaintiff/Appellant

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

KYNDRYL, Inc.

Defendant/Respondent

(List the full name(s) of the defendant(s)/respondent(s).)

1:25 CV 06880 ( JSR)(        )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:    LearnQuest Incorporated

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the        ☒ judgment        ☒ order        entered on: 11/24/2025 (judgment); 11/19/2025 (order)

(date that judgment or order was entered on docket)

that:

granting Defendant's Motion to Dismiss for Failure to State a Claim, and dismissing

Plaintiff's claims.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

12/9/2025

Dated

Signature

Alan C. Milstein, Esquire

Name (Last, First, MI)

| 308 Harper Drive | Moorestown | New Jersey | 08057 |
|---|---|---|---|
| Address | City | State | Zip Code |

(856) 662-0700

Telephone Number

amilstein@shermansilverstein.com

E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEARNQUEST INCORPORATED <br><br> **Plaintiff,** <br><br> **v.** <br><br> KYNDRYL, Inc. <br><br> **Defendant.** | No. 1:25-cv-06880 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2025, I filed Plaintiff's Notice of Appeal with the Clerk of the Court, United States District Court for the Southern District of New York, via ECF and served copies of the same, via ECF and E-Mail: gmastoris@winston.com; kcdonovan@winston.com, on the following persons in the matter shown:

George E. Mastoris, Esquire
Kerry C. Donovan, Esquire
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
gmastoris@winston.com
kcdonovan@winston.com
*Attorneys for Defendant, Kyndryl, Inc.*

**SHERMAN, SILVERSTEIN, KOHL,**
**ROSE & PODOLSKY, P.A.**

By:    */s/Alan C. Milstein*

Alan Milstein
308 Harper Drive
East Gate Corporate Center, Suite 200
Moorestown, NJ 08057
amilstein@shermansilverstein.com
Telephone:  (856) 662-0700
Facsimile:  (856) 661-2078
Attorneys for Plaintiff

Date:  December 9, 2025

1